1  Herbert L. Terreri, Esq. SBN 169815
2  LAW OFFICES OF HERBERT L. TERRERI
   132 Mill Street, Suite 210
3  Healdsburg, CA 95448
4  (707) 431-1933 Telephone
   (707) 431-2769 Facsimile
5

6  Attorney for Plaintiff
   Jerome J. Fife
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   JEROME J. FIFE, an individual,        )  Case No.  3:08-cv-01078-JL
12                                        )
          Plaintiff,                      )  Assigned to Hon. James Larson
13                                        )
      vs.                                 )
14                                        )
   DANIEL WICKHAM, DEE                    )  STIPULATION ENLARGING TIME
15 WICKHAM, INTERNATIONAL                 )  FOR DEFENDANTS
   ASSOCIATION OF PLUMBING AND            )  INTERNATIONAL ASSOCIATION
16 MECHANICAL OFFICIALS, a                )  OF MECHANICAL AND
   California Non-Profit Corporation,     )  PLUMBING OFFICIALS AND
17 IAPMO TESTING AND SERVICES,            )  IAPMO TESTING AND SERVICES,
   LLC, a Delaware Limited Liability      )  LLC TO RESPOND TO FIRST
18 Company, SLUDGEHAMMER                  )  AMENDED COMPLAINT
   GROUP LTD, a Michigan Corporation,     )
19                                        )
          Defendants.                     )
20                                        )
                                          )
21 ───────────────────────────────────────

22

23

24

25

26

27

28

                                                    STIPULATION ENLARGING TIME

1  IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil L.R. 6-1(a), by and between Plaintiff Jerome J. Fife ("Fife") and Defendants International Association of Mechanical and Plumbing Officials and IAPMO Testing and Services, LLC (collectively, "IAPMO") that (1) the time in which IAPMO has to respond to Fife's First Amended Complaint in the above-captioned action, whether by answer, motion and/or any other pleading under the Federal Rules of Civil Procedure and (2) all dates and deadlines set forth in Rule 12, subdivisions (a), (b), and (f), of the Federal Rules of Civil Procedure shall be extended to and including Wednesday, April 30, 2008.

Dated: March 24, 2008

LAW OFFICES OF HERBERT L. TERRERI
HERBERT L. TERRERI

By: _____
Herbert L. Terreri
Attorney for Plaintiff
Jerome J. Fife

Dated: March 24, 2008

LOEB & LOEB LLP
PETER SELVIN
BRAD C. ROBERTSON

By: _____
Brad C. Robertson
Attorneys for Defendants
International Association of Mechanical
and Plumbing Officials and IAPMO
Testing and Services, LLC