1  Herbert L. Terreri, Esq., SBN 169815
   LAW OFFICES OF HERBERT L. TERRERI
2  132 Mill Street, Suite 210
   Healdsburg, CA 95448
3  (707) 431-1933 Telephone
   (707) 431-2769 Facsimile
4
   Attorney for Plaintiff,
5  JEROME J. FIFE, an individual

6

7

8              IN THE UNITED STATES DISTRICT COURT
9
           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  JEROME J. FIFE, an individual,        )   CASE NO. 3:08-cv-01078-JL
                                          )
12                  Plaintiff,            )   PROOF OF SERVICE
                                          )
        vs.                               )
13                                        )
    DANIEL WICKHAM, DEE  WICKHAM,         )
14  INTERNATIONAL ASSOCIATION OF          )
    PLUMBING AND MECHANICAL               )
15  OFFICIALS, a California Non-Profit     )
    Corporation, IAPMO TESTING AND        )
16  SERVICES, LLC, a Delaware Limited     )
    Liability Company,  SLUDGEHAMMER      )
17  GROUP LTD.,  a Michigan Corporation,   )
                                          )
18                  Defendants.           )
                                          )
19  _____       )

20       Attached hereto are four (4) Proofs of Service of Process of the following documents:

| | |
|---|---|
| 1 | Summons in a Civil Case |
| 2 | First Amended Complaint |
| 3 | Civil Case Cover Sheet |
| 4. | Order Setting Initial Case Management Conference and ADR Deadlines |
| 5 | Magistrate Judge James Larson Standing Order |
| 6 | Standing Order for All Judges of the Northern District of California; Contents of Joint Case Management Statement |
| 7 | Welcome to the U.S. District Court San Francisco Information Sheet |

| 8  | USDC Drop Box Filing Procedures |
|----|--------------------------------|
| 9  | Notice of Assignment of Case to a United States Magistrate Judge for Trial |
| 10 | Consent to Proceed Before a United States Magistrate Judge |
| 11 | Declaration to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge |
| 12 | USDC ECF Registration Information Handout |

DANIEL WICKHAM was personally served March 5, 2008. DEE WICKHAM was personally served on March 20, 2008. INTERNATIONAL ASSOCIATION OF PLUMBING AND MECHANICAL OFFICIALS and IAPMO TESTING AND SERVICES, LLC, were personally served on March 10, 2008. SLUDGEHAMMER GROUP LTD., was personally served on March 12, 2008.

Service of process is now complete on all named Defendants.

Dated: 3/25/08          THE LAW OFFICES OF HERBERT L. TERRERI

By: _____
Herbert L. Terreri, Attorney for Plaintiff,
JEROME J. FIFE

Fife v. Wickham, et al.
Proof of Service

USDC Case No. 3:08-cv-01078-JL
Page 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| HERBERT L. TERRERI<br>HERBERT L. TERRERI - SBN # 169815<br>132 MILL STREET, Suite 210<br>HEALDSBURG, CA  95448 | (707) 431-1933 | |

**REFERENCE NUMBER**
0F261927-01

**ATTORNEY FOR (NAME)**    JEROME J. FIFE

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA

SAN FRANCISCO, CA 94102

**SHORT NAME OF CASE**
JEROME J. FIFE vs. DANIEL WICKHAM, ET AL

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV081078JL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action:

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS;

**Name:**    DANIEL WICKHAM

**Date of Delivery:**    03/05/08
**Time of Delivery:**    02:28 pm

**Place of Service:**    4080 HEATHER LANE
SEBASTOPOL, CA 95472                    (Residence)

**Physical Description:**

| AGE: | 60 | HAIR: | GRAY | HEIGHT: | 5'11" | RACE: | CAUCASIAN |
|---|---|---|---|---|---|---|---|
| SEX: | MALE | EYES: | BLUE | WEIGHT: | 170 | | |

**Manner of Service:**    Personal Service - By Personally Delivering Copies.

**In Compliance With:**    [X]  Federal Rules of Civil Procedure

☐

California Code of Civil Procedure

**Fee for service:**    $  47.12

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed

on: . . . . . . . . . . . . March 21, 2008 . . . . . . . . ,

at: . . . . . . . . . . . . SANTA ROSA . . . . , California.

[X]  Registered: . . . . . SONOMA . . . . . . County,
Number: . . . . . . P-293 . . . . . . . .

**Attorney's Diversified Services**
3640 Grand Ave. Suite 206,
OAKLAND, CA 94610
(510) 835-9176
308/0F261927-01

*CLIENT FILE # FIFE V. WICKHAM, ET AL*

Signature: _____

Name: J. REED

Title: REGISTERED PROCESS SERVER

PROOF OF SERVICE

FIFE V. WICKHAM
CASE #CV081078JL

## LIST OF DOCUMENTS TO BE SERVED

1) SUMMONS IN A CIVIL CASE

2) FIRST AMENDED COMPLAINT

3) CIVIL CASE COVER SHEET

4) ORDER SETTING INITIAL CASE MANAGEMENT
   CONFERENCE AND ADR DEADLINES

5) MAGISTRATE JUDGE JAMES LARSON STANDING ORDER

6) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN
   DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE
   MANAGEMENT STATEMENT

7) WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO
   OFFICE HOURS

8) DROP BOX FILING PROCEDURES

9) NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
   MAGISTRATE JUDGE FOR TRIAL

10) CONSENT TO PROCEED BEFORE A UNITED STATES
    MAGISTRATE JUDGE

11) DECLINATION TO PROCEED BEFORE A MAGISTRATE
    JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED
    STATES DISTRICT JUDGE

12) ECF REGISTRATION INFORMATION HANDOUT

F261927

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| HERBERT L. TERRERI | (707) 431-1933 | |
| HERBERT L. TERRERI - SBN # 169815 | | |
| 132 MILL STREET, Suite 210 | | |
| HEALDSBURG, CA  95448 | REFERENCE NUMBER | |
| ATTORNEY FOR (NAME)    JEROME J. FIFE | 0F261927-02 | |

Insert name of court, judicial district or branch court, if any, and post office and street address

UNITED STATES DISTRICT COURT, CALIFORNIA

SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
JEROME J. FIFE vs. DANIEL WICKHAM, ET AL

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV081078JL |

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS;


        **Name:**    DEE WICKHAM


**Date of Delivery:**    03/20/08
**Time of Delivery:**    04:20 pm

**Place of Service:**    4080 HEATHER LANE
                         SEBASTOPOL, CA 95472            (Residence)

**Physical Description:**

| AGE: | 50+ | HAIR: | BLONDE | HEIGHT: | 5'06" | RACE: | CAUCASIAN |
|---|---|---|---|---|---|---|---|
| SEX: | FEMALE | EYES: | BLUE | WEIGHT: | 130 | | |


**Manner of Service:**    Personal Service - By Personally Delivering Copies.

**In Compliance With:**    [X]  Federal Rules of Civil Procedure

                          [ ]
                              California Code of Civil Procedure


**Fee for service:**    $ 49.27

---

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X]  Registered: . . . . . SONOMA . . . . . . County,
     Number:. . . . . . P-293 . . . . . . . .
     **Attorneys Diversified Services**
     2421 Mendocino Avenue, #200A
     SANTA ROSA, CA 95403 *CLIENT FILE # FIFE V. WICKHAM, ET AL*
     (707) 545-5455

                             PROOF OF SERVICE
30B/0F261927-02

I declare under penalty of perjury that the foregoing is true and correct
and that this declaration was executed
on: . . . . . . . . . . March 21, 2008 . . . . . . . .
at: . . . . . . . . . SANTA ROSA . . . . . , California.

Signature: _____

Name: J. REED
Title: REGISTERED PROCESS SERVER

# FIFE V. WICKHAM
## CASE #CV081078JL

## LIST OF DOCUMENTS TO BE SERVED

1) SUMMONS IN A CIVIL CASE

2) FIRST AMENDED COMPLAINT

3) CIVIL CASE COVER SHEET

4) ORDER SETTING INITIAL CASE MANAGEMENT
   CONFERENCE AND ADR DEADLINES

5) MAGISTRATE JUDGE JAMES LARSON STANDING ORDER

6) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN
   DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE
   MANAGEMENT STATEMENT

7) WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO
   OFFICE HOURS

8) DROP BOX FILING PROCEDURES

9) NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
   MAGISTRATE JUDGE FOR TRIAL

10) CONSENT TO PROCEED BEFORE A UNITED STATES
    MAGISTRATE JUDGE

11) DECLINATION TO PROCEED BEFORE A MAGISTRATE
    JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED
    STATES DISTRICT JUDGE

12) ECF REGISTRATION INFORMATION HANDOUT

F261927

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JEROME J. FIFE, an individual,

v.                                                    CASE NUMBER CV081078JL

DANIEL WICKHAM, DEE WICKHAM, INTERNATIONAL
ASSOCIATION OF PLUMBING AND MECHANICAL OFFICIALS,
A California non-profit Corporation, IAPMO TESTING AND
SERVICES, LLC, a Delaware Limited Liability Company,
SLUDGEHAMMER GROUP LTD., a Michigan Corporation

## RETURN OF SERVICE

    I Lester Williams, being duly sworn deposes and states at the time of attempted service of process, I was over the age of eighteen years and not a party to the above entitled action. I am employed and/or contracted with American Eagle Attorney Service, Inc., in San Bernardino County, California. The business address is 8560 Vineyard Avenue, Suite 111, Rancho Cucamonga, California 91730. If called to testify to the foregoing facts, I could and would competently testify thereto, for I know them to be true of my own personal knowledge, except for that stated on information and belief and to those I believe them to be true.

    That on March 10, 2008 at 2:10 p.m. at 5001 East Philadelphia Street, Ontario, California 91761, deponent served the within SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT UNDER RACKETEER INFLUENCED AND CORRUP ORGANIZATIONS ACT, INJUNCTIVE AND DECLARATORY RELIEF, AND STATE LAW PENDENT CLAIMS FOR FRAUD, BREACH OF FIDUCIARY DUTY, CALIFORNIA UNFAIR COMPETITION LAW, CONSTRUCTIVE TRUST, AND FOR DAMAGES; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF PROCEDURES; CONTENTS OF JOINT CASE

1

1   **MANAGEMENT STATEMENT; U.S. DISTRICT COURT INFORMATION; DROP BOX**

2   **FILING PROCEDURES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES**

3   **MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED**

4   **STATES   MAGISTRATE   JUDGE;   DECLINATION   TO   PROCEED   BEFORE   A**

5   **MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES**

6   **DISTRICT JUDGE; ECF REGISTRATION INFORMATION HANDOUT;** to be served on

7   **IAPMO TESTING AND SERVICES,** Defendant therein named in the manner described below:

8   **1.**   ☒   **By Personal Service:** I personally delivered the documents listed to the party or

9   person authorized to receive service of process for the party.

10      BY SERVING CATALINA BURKS, HUMAN RESOURCES ADMINISTRATOR ON

11   BEHALF OF AGENT NEIL BOGATZ H/F,BR/BR,5'09,40YRS.

12   **2.**   ☐   **By Substitute Service:** I left the documents listed with or in the presence of (name,

13   title/relationship and description to person served) _____

14      _____ **Business:** a person at least 18 years of age apparently in charge at the office or usual

15   place of business of the person served. I informed him or her of the general nature of the papers.

16      _____ **Home:** a competent member of the household (at least 18 years of age) at the

17   dwelling house or usual place of abode of the person served. I informed him or her of the general

18   nature of the papers.

19      _____ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the

20   person served at the place where the copies were left. I mailed the documents on date:

21   _____ from (city) _____.

22   Date: March 11, 2008

23

24      L. WILLIAMS/S.B. RCPS# 941

25

26

27                          2

28

AMENDED

| PROOF OF SERVICE | SUMMONS AND COMPLAINT<br>Case No. |
|---|---|

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NON-SERVICE

| ☐ OFFICER CERTIFICATE | OR | ☒ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that:  (notary not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that:  , (notary required) |

☒ I served personally a copy of the summons and complaint,

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with SUMMONS, FIRST AMENDED COMPLAINT, CIVIL COVER SHEET, ORDER SETTING
List all documents served with the Summons and Complaint
INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR
ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, WELCOME TO THE US DISTRICT
COURT SAN FRANCISCO INFO SHEET, USDC DROP BOX FILING PROCEDURES, NOTICE on the defendant(s):
OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, CONSENT TO PROCEED

| Defendant's name  DECLINATION<br>TO PROCEED;<br>USDC ECF REGISTRATION<br>INFORMATION HANDOUT | Complete address(es) of service | Day, date, time |
|---|---|---|
| A. WARD JERKES | 336 S. DIVISION RD | WEDNESDAY<br>3/12/08<br>11:29 AM |
| | PETOSKEY, MI | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

| Service fee<br>$55.00 | Miles traveled<br>— | Mileage fee<br>$ — | Total fee<br>$55.00 | Signature   STERLING FULMER<br><br>**BOYNE PROCESS SERVER**<br>Title |
|---|---|---|---|---|

Subscribed and sworn to before me on MARCH 12, 2008 , CHARLEVOIX County, Michigan.
                                                    Date

My commission expires: 4/5/2013        Signature: _____
                        Date                        Deputy court clerk/Notary public

| ACKNOWLEDGMENT OF SERVICE | JAMES M BASHAW<br>NOTARY PUBLIC<br>STATE OF MICHIGAN |
|---|---|

I acknowledge that I have received service of the summons and complaint, together with MY COMMISSION EXPIRES
                                                                                APRIL 05 2013
                                                                                Attachments

_____ on _____
                                    Day, date, time
                        on behalf of _____
_____
Signature

## PROOF OF SERVICE – C.C.P.  §§ 1013, 2015.5

I am a citizen of the United States; I am over the age of eighteen and not a party to the within action or proceeding; my business address is 132 Mill Street, Suite 210, Healdsburg, California.

On **March 26, 2008**, I served the within:

### PROOF OF SERVICE

on the interested parties in the subject action by e-mail and regular 1st class mail, at the addresses set forth below:

Brad C. Robertson
Loeb & Loeb
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Tel: 310.282.2236
Fax:  213.559.0796
Email:  brobertson@loeb.com

Attorney for International Association of
Plumbing and Mechanical Officials, and
IAPMO Testing and Services, LLC

Edward W. Polson
Law Office of Edward W. Polson
5000 Hopyard Road, Suite 400
Pleasanton, CA 94588
Tel: 925.225.9600
Fax: (925) 463-3110
Email:  epolson@sbcglobal.net

Attorney for Daniel Wickham, Dee Wickham
and Sludgehammer Group, Ltd.

( X )   **BY E-MAIL:** I e-mailed said documents to the persons noted above, at their place of business, by sending such documents over the internet to the above-referenced e-mail address(es).

( X )   **BY MAIL:** I placed said documents in a sealed envelope, with postage thereon fully prepaid for the first class mail, for collection and mailing at Healdsburg, California, following ordinary business practices.

(   )   **BY PERSONAL SERVICE:** I caused each such envelope to be hand delivered by hand to the addressee noted above.

(   )   **BY FACSIMILE:** I caused the said document to be transmitted by facsimile machine to the number indicated after the address noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on March 26, 2008.

Heather A. Haun