1  Herbert L. Terreri, Esq., SBN 169815
   LAW OFFICES OF HERBERT L. TERRERI
2  132 Mill Street, Suite 210
   Healdsburg, CA 95448
3  (707) 431-1933 Telephone
   (707) 431-2769 Facsimile
4
   Attorney for Plaintiff,
5  JEROME J. FIFE, an individual

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME J. FIFE, an individual, | CASE NO. 3:08-cv-01078-JL |
| Plaintiff, | Assigned to Hon. James Larson |
| vs. | STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS SLUDGEHAMMER GROUP LTD. AND DANIEL WICKHAM AND DEE WICKHAM TO RESPOND TO FIRST AMENDED COMPLAINT |
| DANIEL WICKHAM, DEE WICKHAM, INTERNATIONAL ASSOCIATION OF PLUMBING AND MECHANICAL OFFICIALS, a California Non-Profit Corporation, IAPMO TESTING AND SERVICES, LLC, a Delaware Limited Liability Company, SLUDGEHAMMER GROUP LTD., a Michigan Corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil L.R. 6-1(a), by and between Plaintiff Jerome J. Fife ("Fife") and Defendants Sludgehammer Group Ltd. ("Sludgehammer") and Daniel Wickham and Dee Wickham that (1) the time in which Sludgehammer and Daniel Wickham and Dee Wickham have to respond to Fife's First Amended Complaint in the above-captioned action, whether by answer, motion and/or any other pleading under the Federal Rules of Civil Procedure and (2) all dates and deadlines set forth in Rule 12, subdivisions (a), (b), and (f), of the Federal Rules of Civil Procedure shall be extended to and including Friday, April 11, 2008.

Dated: March 26, 2008         THE LAW OFFICES OF HERBERT L. TERRERI

By: _____
Herbert L. Terreri, Attorney for Plaintiff,
JEROME J. FIFE

Dated: March 26, 2008         LAW OFFICE OF EDWARD POLSON

By: _____
Edward W. Polson, Attorney for Defendants
SLUDGEHAMMER GROUP, LTD. & DANIEL
WICKHAM AND DEE WICKHAM