EDWARD W. POLSON, State Bar No. 062423
5000 Hopyard Road, Suite 400
Pleasanton, CA 94588
Tel: (925) 225-9600
Fax: (925) 463-3110
Email: epolson@sbcglobal.net

Attorney for Defendants Daniel Wickham,
Dee Wickham and Sludgehammer Group, Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME J. FIFE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL WICKHAM, DEE WICKHAM, INTERNATIONAL ASSOCIATION OF PLUMBING AND MECHANICAL OFFICIALS, a Califomia Non-Profit Corporation, IAPMO TESTING AND SERVICES, LLC, a Delaware Limited Liability Company, SLUDGEHAMMER GROUP LTD., a Michigan Corporation<br><br>Defendants. | CASE NO.: 3:08-CV-01078-JL<br><br>DEFENDANT DEE WICKHAM'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Complaint Filed: 2/22/08<br>Trial Date: None Set<br><br>DEMAND FOR JURY TRIAL |

Defendant Dee Wickham (hereinafter "Defendant"), through her attorney, hereby files this Answer to Plaintiff's First Amended Complaint

**THE PARTIES**

1. Defendant admits the allegations of Paragraph 1 on the basis of information or belief.

2. Defendant admits the allegations of Paragraph 2.

3. Defendant admits the allegations of Paragraph 3.

4. Defendant denies the allegations of Paragraph 4 due to lack of information or belief.

5. Defendant denies the allegations of Paragraph 5 due to lack of information or belief.

1   6.  Defendant denies the allegations of Paragraph 6 due to lack of information or belief.
2   7.  Defendant denies the allegations of Paragraph 7 due to lack of information or belief.
3   8.  Defendant denies the allegations of Paragraph 8 due to lack of information or belief.
4   9.  Defendant denies the allegations of Paragraph 9 due to lack of information or belief.

## JURISDICTION

10. Paragraph 10 is a statement or conclusion of law to which a response is not required. To the extent Paragraph 10 contains any factual allegations, Defendant denies the factual allegations due to lack of information or belief..

11. Paragraph 11 is a statement or conclusion of law to which a response is not required. To the extent Paragraph 11 contains any factual allegations, Defendant denies the factual allegations due to lack of information or belief..

## FACTS

12. Defendant denies the allegations of Paragraph 12 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 12 due to lack of information or belief.

13. DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the D

14. DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the D

15. Defendant denies Defendant entered into an oral partnership agreement with Fife. Defendant denies the remaining allegations of Paragraph 15 due to lack of information or belief.

16. DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the D

17. DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the D

18. Defendant denies the allegations of Paragraph 18 that Defendant worked on behalf of Piranaco. Defendant denies the remaining allegations of Paragraph 18 due to lack of information or belief.

19. Defendant denies the allegations of Paragraph 19 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 19 due to lack of information or belief.

1  20.   Defendant denies the allegations of Paragraph 20 to the extent the allegations are directed to Defendant.  Defendant denies the remaining allegations of Paragraph 20 due to lack of information or belief.

21.   DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the D

22.   DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the D

23.   DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the D

24.   Defendant denies the allegations of Paragraph 24 to the extent the allegations are directed to Defendant.  Defendant denies the remaining allegation of Paragraph 24 due to lack of information or belief.

25.   Defendant denies the allegations of Paragraph 25 to the extent the allegations are directed to Defendant.  Defendant denies the remaining allegation of Paragraph 25 due to lack of information or belief.

26.   Defendant admits attending the first meeting of the corporation during or about January, 2004 and with this exception, Defendant denies the allegations of Paragraph 26 due to lack of information or belief.

27.   DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the D

28.   Defendant denies the allegations of Paragraph 28 to the extent the allegations are directed to Defendant.  Defendant denies the remaining allegations of Paragraph 28 due to lack of information or belief.

29.   DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the D

30.   Defendant denies the allegations of Paragraph 30 to the extent the allegations are directed to Defendant.  Defendant denies the remaining allegations of Paragraph 30 due to lack of information or belief

31.   Defendant denies the allegations of Paragraph 31 to the extent the allegations are directed to Defendant.  Defendant denies the remaining allegations of Paragraph 31 due to lack of information or belief

32.   DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the D

1  33. Defendant denies the allegations of Paragraph 33 to the extent the allegations are
2  directed to Defendant. Defendant denies the remaining allegations of Paragraph 33 due to lack of
3  information or belief.
4  34. Defendant denies the allegations of Paragraph 34 to the extent the allegations are
5  directed to Defendant. Defendant denies the remaining allegations of Paragraph 34 due to lack of
6  information or belief.
7  35. Defendant denies the allegations of Paragraph 35 to the extent the allegations are
8  directed to Defendant. Defendant denies the remaining allegations of Paragraph 35 due to lack of
9  information or belief.
10 36. Defendant denies the allegations of Paragraph 36 to the extent the allegations are
11 directed to Defendant. Defendant denies the remaining allegations of Paragraph 36 due to lack of
12 information or belief.
13 37. Defendant denies the allegations of Paragraph 37 to the extent the allegations are
14 directed to Defendant. Defendant denies the remaining allegations of Paragraph 37 due to lack
15 of information or belief.
16 38. Defendant denies the allegations of Paragraph 38 to the extent the allegations are
17 directed to Defendant. Defendant denies the remaining allegations of Paragraph 38 due to lack of
18 information or belief.
19 39. Defendant denies the allegations of Paragraph 39 to the extent the allegations are
20 directed to Defendant. Defendant denies the remaining allegations of Paragraph 39 due to lack of
21 information or belief.
22 40. Defendant denies the allegations of Paragraph 40 to the extent the allegations are
23 directed to Defendant. Defendant denies the remaining allegations of Paragraph 40 due to lack of
24 information or belief.
25 41. DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the D
26 42. DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the D
27 43. Defendant denies the allegations of Paragraph 43 to the extent the allegations are
28 directed to Defendant. Defendant denies the remaining allegations of Paragraph 43 due to lack of

1 | information or belief.

2 |     44. Defendant denies the allegations of Paragraph 44 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 44 due to lack of information or belief.

    45. Defendant denies the allegations of Paragraph 45 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 45 due to lack of information or belief.

    46. Defendant denies the allegation of Paragraph 46 due to lack of information or belief.

    47. Defendant denies the allegations of Paragraph 47 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 47 due to lack of information or belief.

    48. Defendant denies the allegations of Paragraph 48 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 48 due to lack of information or belief.

    49. Defendant denies the allegations of Paragraph 49 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 49 due to lack of information or belief.

    50. Defendant denies the allegations of Paragraph 50 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 50 due to lack of information or belief.

    51. Defendant denies the allegations of Paragraph 51 due lack of information or belief.

    52. Defendant denies the allegations of Paragraph 52 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 52 due to lack of information or belief.

**FIRST CLAIM FOR RELIEF**
**RICO 18 U.S.C. 1962 ( c ) &  1961 ( 4 )**
**Against All Named Defendants**

    53. Defendant refers to her responses to each of the preceding paragraphs and incorporates them herein by reference.

1  54. Defendant denies the allegations of Paragraph 54 to the extent the allegations are directed to Defendant.  Defendant denies the remaining allegations of Paragraph 54 due to lack of information or belief.

55. Defendant denies the allegations of Paragraph 55 to the extent the allegations are directed to Defendant.  Defendant denies the remaining allegations of Paragraph 55 due to lack of information or belief..

56. Defendant denies the allegations of Paragraph 56 to the extent the allegations are directed to Defendant.  Defendant denies the remaining allegations of Paragraph 56 due to lack of information or belief.

57. The first sentence of Paragraph 57 is a statement and conclusion of law to which a response is not required.  Defendant denies the remaining allegations of Paragraph 57 due to lack of information or belief.

58. Defendant denies the allegations of Paragraph 58 to the extent the allegations are directed to Defendant.  Defendant denies the remaining allegations of Paragraph 58 due to lack of information or belief..

59. Defendant denies the allegations of Paragraph 59 to the extent the allegations are directed to Defendant.  Defendant denies the remaining allegations of Paragraph 59 due to lack of information or belief..

60. Defendant denies the allegations of Paragraph 60 to the extent the allegations are directed to Defendant.  Defendant denies the remaining allegations of Paragraph 60 due to lack of information or belief..

61. DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the D

62. Defendant denies the allegations of Paragraph 62 to the extent the allegations are directed to Defendant.  Defendant denies the remaining allegations of Paragraph 62 due to lack of information or belief.

63. DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the D

64. Defendant denies the allegations of Paragraph 64 to the extent the allegations are directed to Defendant.  Defendant denies the remaining allegations of Paragraph 64 due to lack of

1  information or belief

2  65. Defendant denies the allegations of Paragraph 65 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 65 due to lack of information or belief

3  66. Defendant denies the allegations of Paragraph 66 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 66 due to lack of information or belief

4  67. DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the D

5  68. DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the D

**SECOND CLAIM FOR RELIEF**
**False Advertising, 13 USC § 1125(a)**

69. Defendant refers to her responses to each of the preceding paragraphs and incorporates them herein by reference.

70. Defendant denies the allegations of Paragraph 70 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 70 due to lack of information or belief

71. Defendant Defendant  Defendant denies Defendant denies  Defendant denies the Defendant denies t

**THIRD CLAIM FOR RELIEF**
**Fraud-Intentional Misrepresentation**

72. Defendant refers to her responses to each of the preceding paragraphs and incorporates them herein by reference.

73. Defendant denies the allegations of Paragraph 73 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 73 due to lack of information or belief.

74. Defendant denies the allegations of Paragraph 74 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 74 due to lack of information or belief.

75. Defendant denies the allegations of Paragraph 75 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 75 due to lack of information or belief.

76. Defendant denies the allegations of Paragraph 76 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 76 due to lack of information or belief.

77. Defendant denies the allegations of Paragraph 77 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 77 due to lack of information or belief.

78. Defendant denies the allegations of Paragraph 78 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 78 due to lack of information or belief.

79. Defendant denies the allegations of Paragraph 79 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 79 due to lack of information or belief.

**FOURTH CLAIM FOR RELIEF**
**Fraud-Negligent Misrepresentation**

80. Defendant refers to her responses to each of the preceding paragraphs and incorporates them herein by reference.

81. Defendant denies the allegations of Paragraph 81 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 81 due to lack of information or belief..

82. Defendant denies the allegations of Paragraph 82 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 82 due to lack of information or belief.

**FIFTH CLAIM FOR RELIEF**
**Breach of Fiduciary Duty-Constructive Trust**

83. Defendant refers to her responses to each of the preceding paragraphs and incorporates them herein by reference.

84. Defendant denies the allegations of Paragraph 84 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 84 due to lack of information or belief.

1  85. Defendant denies the allegations of Paragraph 85 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 85 due to lack of information or belief.

86. Paragraph 86 is a statement or conclusion of law to which a response is not required. To the extent Paragraph 86 contains any factual allegations, Defendant denies the factual allegations due to lack of information or belief.

87. Defendant denies the allegations of Paragraph 87 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 87 due to lack of information or belief.

88. Defendant denies the allegations of Paragraph 88 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 88 due to lack of information or belief.

89. DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the D

90. DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the D

91. Defendant denies the allegations of Paragraph 91 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 91 due to lack of information or belief.

**SIXTH CLAIM FOR RELIEF**
**Breach of Contract-Partnership Agreement**

92. Defendant refers to her responses to each of the preceding paragraphs and incorporates them herein by reference.

93. Defendant denies the allegations of Paragraph 93 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 93 due to lack of information or belief.

94. Defendant denies the allegations of Paragraph 94 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 94 due to lack of information or belief.

95. Defendant denies the allegations of Paragraph 95 due to lack of information or belief.

**SEVENTH CLAIM FOR RELIEF**
**VIOLATIONS OF CALIFORNIA BUSINESS & PROFESSIONS CODE SECTION 17200**

96. Defendant refers to her responses to each of the preceding paragraphs and incorporates them herein by reference.

97. Defendant denies the allegations of Paragraph 97 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 97 due to lack of information or belief.

98. Defendant denies the allegations of Paragraph 98 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 98 due to lack of information or belief

99. Defendant denies the allegations of Paragraph 99 to the extent the allegations are directed to Defendant. Defendant denies the remaining allegations of Paragraph 99 due to lack of information or belief.

100. DefendantDefendant Defendant deniesDefendant denies Defendant denies theDefendant denies the De

**AFFIRMATIVE DEFENSES**

1. The complaint, and each claim herein, fails to state facts sufficient to constitute a claim against Defendant.

2. Defendant alleges on information or belief that the complaint and relief sought therein are barred by the doctrine of unclean hands.

3. Defendant alleges on information or belief that one or more of Plaintiff's claims may be barred by the statutes of limitation including, but not limited to California Code of Civil Procedure §§ 337, 338, 339, 340 and 343 and Business and Professions Code § 17082.

4. The complaint and each claim applicable to Defendant are barred by the equitable doctrines of waiver and estoppel because of the acts, conduct and omissions of Plaintiff and her agents and employees.

5. All conduct and activities, if any, of Defendant as alleged in the complaint conform to statutes, rules and regulations existing at all relevant times alleged in Plaintiff's complaint.

6. Defendant exercised due care and diligence in all of the matters alleged in the complaint and no act or omission by Defendant was the proximate cause of any damage, injury or

loss to Plaintiff.

7. Defendant alleges on information or belief that Plaintiff s recovery, if any, must be reduced in direct proportion to Plaintiff s failure to mitigate damages.

8. One or more of Plaintiff s claims are barred by the doctrine of laches.

9. Defendant alleges on information or belief that if Plaintiff sustained damages as alleged in the complaint, that damage was proximately caused and contributed to by persons, entities or parties other than Defendant by failing to conduct themselves in a manner ordinarily expected of reasonably prudent persons in the conduct of their affairs and business. Defendant should only be liable for the amount of non-economic damages allocated to and in direct proportion to her percentage of fault pursuant to Civil Code § 1431.2 and other applicable law.

10. One or more of Plaintiff s claims is barred because Plaintiff has not suffered an injury in fact as required by Proposition 64.

11. One or more of Plaintiff s claims is barred by the doctrine of assumption of risk.

12. Defendant alleges on information or belief that if it is found that Defendant is in any manner legally responsible for damages, if any, sustained by Plaintiff, which claim is not admitted but merely stated for the purposes of ther defense, that any such damage found to have been incurred or suffered by Plaintiff in ther action was proximately caused or contributed to by other defendants or persons in ther case, whether served or not served; and it is necessary that the proportionate degree of negligence or fault of each said persons, whether parties to ther action or not, be determined and prorated; that any judgment that might be rendered against Defendant be reduced not only by that degree of comparative negligence or assumption of risk found to exist as to Plaintiff but also the total of that degree of negligence or fault found to exist as to other persons; and if Defendant is required to pay any amount in excess of Defendant s proportionate degree of comparative fault, if any, then Defendant is entitled to recover from other responsible parties, and each of them, the amount of said excess paid.

13. Plaintiff is not the real party in interest and lacks standing to sue for one or more claims for relief alleged in the complaint.

14. As a result of the acts, conduct or omissions of Plaintiff, the complaint, and each claim therein, has been waived.

15. Plaintiff has failed to join indispensable parties necessary for the just and complete adjudication of the matters raised in the complaint.

16. Plaintiff's complaint fails to state facts sufficient to support a claim for attorney's fees whether such claims be based on contract, on statute or in equity.

17. Defendant alleges on information or belief that the alleged conduct of Defendant was justified and privileged.

18. Defendant alleges on information or belief that any equitable relief sought by Plaintiff is barred because Plaintiff has an adequate remedy at law.

19. Defendant alleges on information or belief that any equitable relief sought by Plaintiff is barred because of the doctrine of changed circumstances.

20. Defendant alleges on information or belief that at all times mentioned in the complaint Defendant acted in good faith with reasonable and probable cause for Defendant's actions.

21. Plaintiff's complaint and each claim therein is frivolous and Defendant should be entitled to reasonable costs and attorney's fees pursuant to California Code of Civil Procedure § 1038 and Rule 11 of the Federal Rules of Civil Procedure.

22. At all times mentioned in the complaint, Defendant acted in good faith and with reasonable and probable cause for her actions.

23. The damages requested in the complaint are not available because they are not legally cognizable or recoverable on the claims alleged, and the damages, if any, are too speculative to be recovered under the law.

24. One or more of Plaintiff's claims is barred as performance under any alleged contract was impossible.

25. One or more of Plaintiff's claims is barred by the doctrine of failure of consideration.

26. One or more of Plaintiff's claims is barred due to lack of consideration.

27. One or more of Plaintiff's claims is barred by the Statute of Frauds.

28. Any recovery by Plaintiff under Business and Professions Code § 17200 would be a private recovery which is not allowed by law.

29. The acts and communications of Defendant are absolutely privileged under California Civil Code § 47(b).

30. Defendant alleges Defendant presently has insufficient knowledge and information to form a belief as to whether Defendant may have additional, as yet unstated, defenses available. Defendant reserves the right to insert such additional defenses in the event discovery indicates such defenses are appropriate.

WHEREFORE, Defendant prays judgment as follows:

1. Plaintiff take nothing by reason of her complaint;
2. Judgment be rendered in favor of Defendant;
3. This action be dismissed against Defendant;
4. For attorney's fees as permitted by contract, equity or statute;
5. Defendant be awarded her costs of suit incurred herein; and
6. For such other and further relief as the Court may deem proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant hereby demands a trial by jury on all issues so triable in this action.

DATED: April __, 2008

_____
EDWARD W. POLSON
Attorney for Defendants Daniel Wickham,
Dee Wickham and Sludgehammer Group, Ltd.