Herbert L. Terreri, Esq., SBN 169815
LAW OFFICES OF HERBERT L. TERRERI
132 Mill Street, Suite 210
Healdsburg, CA 95448
(707) 431-1933 Telephone
(707) 431-2769 Facsimile

Attorney for Plaintiff,
JEROME J. FIFE, an individual

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME J. FIFE, an individual, | CASE NO. 3:08-cv-01078-JL |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| DANIEL WICKHAM, DEE WICKHAM, INTERNATIONAL ASSOCIATION OF PLUMBING AND MECHANICAL OFFICIALS, a California Non-Profit Corporation, IAPMO TESTING AND SERVICES, LLC, a Delaware Limited Liability Company, SLUDGEHAMMER GROUP LTD., a Michigan Corporation, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action as to defendants INTERNATIONAL ASSOCIATION OF PLUMBING AND MECHANICAL OFFICIALS, a California Non-Profit Corporation, and IAPMO TESTING AND SERVICES, LLC, a Delaware Limited Liability Company, only, without prejudice.

Dated: April 18, 2008         THE LAW OFFICES OF HERBERT L. TERRERI

                              By: _____
                                  Herbert L. Terreri, Attorney for Plaintiff,
                                  JEROME J. FIFE

1                       **PROOF OF SERVICE – C.C.P. §§ 1013, 2015.5**

2      I am a citizen of the United States; I am over the age of eighteen and not a party to the within action or proceeding; my business address is 132 Mill Street, Suite 210, Healdsburg, California.

4      On April 21, 2008, I served the within:

                      **NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in the subject action by e-mail and regular 1st class mail, at the addresses set forth below:

| | |
|---|---|
| Brad C. Robertson<br>Loeb & Loeb<br>10100 Santa Monica Blvd., Suite 2200<br>Los Angeles, CA 90067<br>Tel: 310.282.2236<br>Fax: 213.559.0796<br>Email: brobertson@loeb.com | Edward W. Polson<br>Law Office of Edward W. Polson<br>5000 Hopyard Road, Suite 400<br>Pleasanton, CA 94588<br>Tel: 925.225.9600<br>Fax: (925) 463-3110<br>Email: epolson@sbcglobal.net |
| Attorney for International Association of Plumbing and Mechanical Officials, and IAPMO Testing and Services, LLC | Attorney for Daniel Wickham, Dee Wickham and Sludgehammer Group, Ltd. |

      ( X )    BY E-MAIL: I e-mailed said documents to the persons noted above, at their place of business, by sending such documents over the internet to the above-referenced e-mail address(es).

      ( X )    BY MAIL: I placed said documents in a sealed envelope, with postage thereon fully prepaid for the first class mail, for collection and mailing at Healdsburg, California, following ordinary business practices.

      (   )    BY PERSONAL SERVICE: I caused each such envelope to be hand delivered by hand to the addressee noted above.

      (   )    BY FACSIMILE: I caused the said document to be transmitted by facsimile machine to the number indicated after the address noted above.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 21, 2008.

                                                 _/s/ Heather A. Haun_
                                                Heather A. Haun