EDWARD W. POLSON, State Bar No. 062423
5000 Hopyard Road, Suite 400
Pleasanton, CA 94588
Tel: (925) 225-9600
Fax: (925) 463-3110
Email: epolson@sbcglobal.net

Attorney for Defendants Daniel Wickham,
Dee Wickham and Sludgehammer Group, Ltd.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME J. FIFE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL WICKHAM, DEE WICKHAM, INTERNATIONAL ASSOCIATION OF PLUMBING AND MECHANICAL OFFICIALS, a California Non-Profit Corporation, IAPMO TESTING AND SERVICES, LLC, a Delaware Limited Liability Company, SLUDGEHAMMER GROUP LTD., a Michigan Corporation<br><br>Defendants. | CASE NO.: 3:08-CV-01078-JL<br><br>**ASSIGNED TO HON. JAMES LARSON**<br><br>STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

IT IS HEREBY STIPULATED by Jerome J. Fife and Defendants Daniel Wickham, Dee Wickham and Sludgehammer Group LTD through their respective attorneys, that the Initial Case Management Conference scheduled for May 28, 2008 at 10:30 a.m. be continued to 10:30 a.m. on June 11, 2008 before the Hon. James Larson in Courtroom F of the above-entitled court.

Dated: 4/28, 2008

LAW OFFICE OF HERBERT L. TERRERI

By: _____
HERBERT L. TERRERI
Attorney for Plaintiff Jerome J. Fife

SIGNATURES CONTINUED NEXT PAGE

| | | |
|---|---|---|
| 1 | Dated: April 28, 2008 | LAW OFFICE OF EDWARD W. POLSON |
| 2 | | |
| 3 | | By: /s/ Edward W. Polson |
| 4 | | EDWARD W. POLSON<br>Attorney for Defendants Daniel Wickham, |
| 5 | | Dee Wickham and Sludgehammer Group LTD |

**ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: _____, 2008

_____
JAMES LARSON, MAGISTRATE JUDGE