EDWARD W. POLSON, State Bar No. 062423
5000 Hopyard Road, Suite 400
Pleasanton, CA 94588
Tel: (925) 225-9600
Fax: (925) 463-3110
Email: epolson@sbcglobal.net

Attorney for Defendants Daniel Wickham,
Dee Wickham and Sludgehammer Group, Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME J. FIFE, an individual<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DANIEL WICKHAM, DEE WICKHAM, INTERNATIONAL ASSOCIATION OF PLUMBING AND MECHANICAL OFFICIALS, a California Non-Profit Corporation, IAPMO TESTING AND SERVICES, LLC, a Delaware Limited Liability Company, SLUDGEHAMMER GROUP LTD., a Michigan Corporation<br><br>　　　　　Defendants. | CASE NO.: 3:08-CV-01078-JL<br><br>ADR CERTIFICATION<br>BY DEFENDANTS<br><br>Complaint Filed February 22, 2008<br><br>Trial Date: None Set |

　　　Pursuant to Civil L.R. (16.8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

　　　1.　Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* linked at and printed from the Court's ADR website www.adr.cand.uscourts.gov;

　　　2.　Discussed the available dispute resolution options provided by the Court and private entities; and

　　　3.　Considered whether this case might benefit from any of the available dispute resolution options.

**SIGNATURES CONTINUED NEXT PAGE**

1

2  Dated: May 8, 2008

3                                          _____
                                           DANIEL WICKHAM, individually, and as
4                                          President of SludgeHammer Group, Ltd.,
                                           Defendants

5

6  Dated: May 8, 2008                      _____
                                           DEE WICKHAM, Defendant

7

8  Dated: May 12, 2008                     LAW OFFICE OF EDWARD W. POLSON

9                                          _____
10                                         EDWARD W. POLSON, Attorney for
                                           Defendants Daniel Wickham, Dee Wickham
11                                         and SludgeHammer Group, Ltd.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADR Certification
by Defendants                                                    No. 3:08-cv-01078-JL