Herbert L. Terreri, Esq., SBN 169815
LAW OFFICES OF HERBERT L. TERRERI
132 Mill Street, Suite 210
Healdsburg, CA 95448
(707) 431-1933 Telephone
(707) 431-2769 Facsimile

Attorney for Plaintiff,
JEROME J. FIFE, an individual

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME J. FIFE, an individual, | CASE NO. 3:08-cv-01078-JL |
| Plaintiff, | ADR CERTIFICATION BY PLAINTIFF |
| vs. | |
| DANIEL WICKHAM, DEE WICKHAM, and SLUDGEHAMMER GROUP LTD., a Michigan Corporation, | Complaint Filed: February 22, 2008 |
| | Trial Date: None Set |
| Defendants. | |

Pursuant to Civil L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he has read either the handbook entitled *Dispute Resolution Procedures in the Northern District of California*," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: May 16, 2008



_____
Plaintiff, JEROME J. FIFE

Dated: May 16, 2008

_____
Herbert L. Terreri, Attorney for Plaintiff,
JEROME J. FIFE

# PROOF OF SERVICE – C.C.P. §§ 1013, 2015.5

I am a citizen of the United States; I am over the age of eighteen and not a party to the within action or proceeding; my business address is 132 Mill Street, Suite 210, Healdsburg, California.

On May 16, 2008, I served the within:

## ADR CERTIFICATION BY PLAINTIFF

on the interested parties in the subject action by e-mail and regular 1st class mail, at the addresses set forth below:

Edward W. Polson
Law Office of Edward W. Polson
5000 Hopyard Road, Suite 400
Pleasanton, CA 94588

Tel: 925.225.9600
Fax: (925) 463-3110
Email: epolson@sbcglobal.net

Attorney for Daniel Wickham, Dee Wickham
and Sludgehammer Group, Ltd.

( )   BY E-MAIL: I e-mailed said documents to the persons noted above, at their place of business, by sending such documents over the internet to the above-referenced e-mail address(es).

(X)   BY MAIL: I placed said documents in a sealed envelope, with postage thereon fully prepaid for the first class mail, for collection and mailing at Healdsburg, California, following ordinary business practices.

( )   BY PERSONAL SERVICE: I caused each such envelope to be hand delivered by hand to the addressee noted above.

( )   BY FACSIMILE: I caused the said document to be transmitted by facsimile machine to the number indicated after the address noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 16, 2008.

Heather A. Haun