UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEROME J. FIFE

           Plaintiff(s),

      v.

DANIEL WICKHMA

           Defendant(s).
_____/

CASE NO. C08-01078 JL

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 06/11/08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| HERBERT L TERRERI | PLAINTIFF | (707) 431-1933 | bert@terrerilaw.net / info@terrerilaw.com |
| EDWARD W. POLSON | DEFENDANTS | (925) 225-9600 | epolson@sbcglobal.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 5/21/08

                                                                  Attorney for Plaintiff

Dated: 05/210/8

                                                                  Attorney for Defendant

Rev 12.05