1    EDWARD W. POLSON, State Bar No. 062423
     5000 Hopyard Road, Suite 400
2    Pleasanton, CA 94588
     Tel:  (925) 225-9600
3    Fax: (925) 463-3110
     Email: epolson@sbcglobal.net
4
     Attorney for Defendants Daniel Wickham,
5    Dee Wickham and Sludgehammer Group, Ltd.

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11   JEROME J. FIFE, an individual          )   CASE NO.:   3:08-CV-01078-JL
                                            )
12                 Plaintiff,               )
                                            )   DECLINATION TO PROCEED BEFORE
13   vs.                                    )   A MAGISTRATE JUDGE
                                            )             AND
14   DANIEL WICKHAM, DEE WICKHAM,           )   REQUEST FOR REASSIGNMENT TO A
     INTERNATIONAL ASSOCIATION OF           )   UNITED STATES DISTRICT JUDGE
15   PLUMBING AND MECHANICAL                )
     OFFICIALS, a Califomia Non-Profit      )
16   Corporation, IAPMO TESTING AND         )
     SERVICES, LLC, a Delaware Limited      )
17   Liability Company, SLUDGEHAMMER        )
     GROUP LTD., a Michigan Corporation     )
18                                          )
                   Defendants.              )
19   _____)

20         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

21         The undersigned parties hereby decline to consent to the assignment of this case to a

22   United States Magistrate Judge for trial and disposition and hereby request the reassignment of

23   this case to a United States District Judge.

24

25   Dated:   June 6, 2008                              /s/
                                            _____
26                                          EDWARD W. POLSON
                                            Attorney for Defendants
27                                          SludgeHammer Group, Ltd, Daniel
                                            Wickham and Dee Wickham

28