**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

### June 10, 2008

**CASE NUMBER:  CV 08-01078 JL**
**CASE TITLE:  JEROME J FIFE-v-DANIEL WICKHAM**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Maxine M. Chesney** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 6/10/08

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
Clerk


NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 6/10/08ha |

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel          Transferor CSA