IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME J. FIFE, | No. C-08-1078 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF FIRST AMENDED COMPLAINT** |
| v. | |
| DANIEL WICKHAM, et al., | |
| Defendants | |

By order filed June 10, 2008, the instant action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiff to submit, no later than June 23, 2008, a chambers copy of the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: June 16, 2008

MAXINE M. CHESNEY
United States District Judge