1  Herbert L. Terreri, Esq., SBN 169815
   LAW OFFICES OF HERBERT L. TERRERI
2  132 Mill Street, Suite 210
   Healdsburg, CA 95448
3  (707) 431-1933 Telephone
   (707) 431-2769 Facsimile
4
   Attorney for Plaintiff,
5  JEROME J. FIFE, an individual

6

7

8
                IN THE UNITED STATES DISTRICT COURT
9
            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | JEROME J. FIFE, an individual,         ) CASE NO. 3:08-cv-01078-MMC
                                            )
12 |             Plaintiff,                 ) CERTIFICATE OF SERVICE
                 vs.                        )
13 |                                        )
   | DANIEL WICKHAM, DEE WICKHAM,           )
14 | INTERNATIONAL ASSOCIATION OF           )
   | PLUMBING AND MECHANICAL                )
15 | OFFICIALS, a California Non-Profit     )
   | Corporation, IAPMO TESTING AND         )
16 | SERVICES, LLC, a Delaware Limited      )
   | Liability Company, SLUDGEHAMMER        )
17 | GROUP LTD., a Michigan Corporation,    )
                                            )
18 |             Defendants.                )
                                            )
19

20      Attached hereto is Proof of Service of the Case Management Conference Order dated

21 June 17, 2008 and Standing Orders for Civil Cases Assigned to The Honorable Maxine M.

22 Chesney

23

24

25

26

27

28

---

Fife v. Wickham, et al.
Case No. 3:08-cv-01078-MMC          Certificate of Service                    Page 1

## PROOF OF SERVICE – C.C.P. §§ 1013, 2015.5

I am a citizen of the United States; I am over the age of eighteen and not a party to the within action or proceeding; my business address is 132 Mill Street, Suite 210, Healdsburg, California.

On June 20, 2008, I served the within:

**CASE MANAGEMENT CONFERENCE ORDER and STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**

on the interested parties in the subject action by e-mail and regular 1st class mail, at the addresses set forth below:

Edward W. Polson
Law Office of Edward W. Polson
5000 Hopyard Road, Suite 400
Pleasanton, CA 94588
Tel: 925.225.9600
Fax: (925) 463-3110
Email: epolson@sbcglobal.net
Attorney for Daniel Wickham, Dee Wickham
and Sludgehammer Group, Ltd.

( ) BY E-MAIL: I e-mailed said documents to the persons noted above, at their place of business, by sending such documents over the internet to the above-referenced e-mail address(es).

(X) BY MAIL: I placed said documents in a sealed envelope, with postage thereon fully prepaid for the first class mail, for collection and mailing at Healdsburg, California, following ordinary business practices.

( ) BY PERSONAL SERVICE: I caused each such envelope to be hand delivered by hand to the addressee noted above.

( ) BY FACSIMILE: I caused the said document to be transmitted by facsimile machine to the number indicated after the address noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 20, 2008.

*/s/ Heather A. Haun*
Heather A. Haun