1  EDWARD W. POLSON, State Bar No. 062423
   5000 Hopyard Road, Suite 400
2  Pleasanton, CA 94588
   Tel: (925) 225-9600
3  Fax: (925) 463-3110
   Email: epolson@sbcglobal.net
4
   Attorney for Defendants Daniel Wickham,
5  Dee Wickham and Sludgehammer Group, Ltd.

6

7

8                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                           SAN FRANCISCO DIVISION

10 JEROME J. FIFE, an individual          )   CASE NO.:  3:08-cv-01078-MMC
                                          )
11          Plaintiff,                    )
                                          )
12 vs.                                    )   CERTIFICATION OF INTERESTED
                                          )   ENTITIES OR PERSONS
13 DANIEL WICKHAM, DEE WICKHAM,           )
   INTERNATIONAL ASSOCIATION OF           )
14 PLUMBING AND MECHANICAL                )
   OFFICIALS, a California Non-Profit     )
15 Corporation, IAPMO TESTING AND         )
   SERVICES, LLC, a Delaware Limited      )
16 Liability Company, SLUDGEHAMMER        )
   GROUP LTD., a Michigan Corporation     )
17                                        )
            Defendants.                   )
18 _____)

19      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

20 associations of persons, firms, partnerships, corporations (including parent corporations) or other

21 entities (1) may have a financial interest in the subject matter in controversy or in a party to the

22 proceeding or (2) may have a non financial interest in the subject matter or in a party that could

23 be substantially affected by the outcome of this proceeding: Infiltrator Systems, Inc. is

24 purportedly Plaintiff's assignee of the technology utilized by Plaintiff's product; Pirana, a

25 partnership, Piranaco, Inc., a California corporation and Pirana ABG, Inc. a California

26 corporation, may have an ownership interest in Plaintiff's technology.

27
   DATED: July 8, 2008                     s/EDWARD W. POLSON
28                                         Attorney for Defendants Daniel Wickham,
                                           Dee Wickham and SludgeHammer Group, Ltd.

Fife v. Wickham, et al                                          Case No. 3:08-cv-01078-MMC
Certification of Interested Entities, et al