1  Herbert L Terreri, Esq.  SBN 169815
   LAW OFFICES OF HERBERT L. TERRERI
2  132 Mill Street, Suite 210
   Healdsburg, CA 95448
3  Tel: (707) 431-1933
   Fax: (707) 431-2769
4  Email: info@terrerilaw.com

5  Attorney for Plaintiff
   JEROME J. FIFE, an individual
6  Edward W. Polson, Esq.  SBN. 062423
   LAW OFFICE OF EDWARD W. POLSON
7  5000 Hopyard Road, Suite 400
   Pleasanton, CA 94588
8  Tel: (925) 225-9600
   Fax: (925) 463-3110
9  Email: epolson@sbcglobal.net

10 Attorney for Defendants Daniel Wickham,
   Dee Wickham and Sludgehammer Group, Ltd.
11

12                IN THE UNITED STATES DISTRICT COURT

13              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 | JEROME J. FIFE, an individual            )  CASE NO.: 3:08-cv-01078-MMC
                                              )
15 |               Plaintiff,                 )
                                              )  JOINT CASE MANAGEMENT
16 | vs.                                      )  STATEMENT
                                              )
17 | DANIEL WICKHAM, DEE WICKHAM,             )
     INTERNATIONAL ASSOCIATION OF             )
18 | PLUMBING AND MECHANICAL                  )
     OFFICIALS, a California Non-Profit       )
19 | Corporation, IAPMO TESTING AND           )
     SERVICES, LLC, a Delaware Limited        )
20 | Liability Company, SLUDGEHAMMER          )
     GROUP LTD., a Michigan Corporation       )
21 |                                          )
                   Defendants.                )
22 | _____)

23        Plaintiff and Defendants submit their Joint Case Management Statement filed with the

24 Court on June 4, 2008 as their Joint Case Management Statement for the Case Management

25 Conference scheduled for 10:30 a.m. on July 11, 2008.  There have not been any changes since

26 the filing of the Joint Case Management Statement on June 4, 2008.

27

28                       SIGNATURES FOLLOW NEXT PAGE

_____
**JOINT CMC STATEMENT**                                       Fife v. Wickham, et al
Case No. 3:08-cv-01078-MMC                1

1
2   DATED:   July 9, 2008                    Respectfully submitted,
3                                            THE LAW OFFICES OF HERBERT L. TERRERI
4                                                         /s/
5                                            By:_____
                                                Herbert L. Terreri
6                                               Attorney for Plaintiff JEROME J. FIFE
7
    DATED:   July 9, 2008                             Respectfully submitted,
8
                                             THE LAW OFFICES OF EDWARD W. POLSON
9
                                                          /s/
10
11  By_____
       Edward W. Polson
       Attorney for Defendants Daniel Wickham,
12     DeeDee Dee WickhamDee Wickham Dee Wickham andDee W
13  _____
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
**JOINT CMC STATEMENT**                                    Fife v. Wickham, et al
Case No. 3:08-cv-01078-MMC            2