**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

E-filing

Date: JUL 1 1 2008

C - 08 - 1078 - MMC

JEROME FIFE     v     DANIEL WICKHAM

Attorneys: HERBERT TERRELL     EDWARD POLSON

Deputy Clerk: **TRACY LUCERO**     Reporter: NOT REPORTED

**PROCEEDINGS:**       **RULING:**

1. _____ _____

2. _____ _____

3. _____ _____

4. _____ _____

   ( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference   *INITIAL*

**ORDERED AFTER HEARING:**

Dispositive motion filing DEADLINE is 4/10/09.
MEET & CONFER by 5/26/09. Joint statement DUE by 4/24/09.

(✓) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court ✓    w/i 90 days

(✓) Referred to ~~Magistrate~~ **ADR** For: EARLY NEUTRAL EVALUATION - to be conducted
     (✓)By Court

(✓) CASE CONTINUED TO 5/1/09 @10:30 for FURTHER STATUS CONFERENCE

Discovery Cut-Off 1/30/09      Expert Discovery Cut-Off 3/27/09

π/Δ ~~Plntf~~ to Name Experts by 2/20/09     π/Δ REBUTTAL ~~Deft~~ to Name Experts by 3/6/09

P/T Conference Date 6/30/09 @ 3:00   Trial Date 7/13/09 @ 9:00 Set for 10-15 days
       Type of Trial: (✓)Jury   ( )Court

Notes: _____
_____
_____

( 25 min )