Herbert L. Terreri, Esq., SBN 169815
LAW OFFICES OF HERBERT L. TERRERI
132 Mill Street, Suite 210
Healdsburg, CA 95448
(707) 431-1933 Telephone
(707) 431-2769 Facsimile

Attorney for Plaintiff,
JEROME J. FIFE, an individual

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME J. FIFE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL WICKHAM, DEE WICKHAM, INTERNATIONAL ASSOCIATION OF PLUMBING AND MECHANICAL OFFICIALS, a California Non-Profit Corporation, IAPMO TESTING AND SERVICES, LLC, a Delaware Limited Liability Company, SLUDGEHAMMER GROUP LTD., a Michigan Corporation,<br><br>Defendants. | CASE NO. 3:08-cv-01078-MMC<br><br>Assigned to Hon. Maxine M. Chesney<br><br>REQUEST FOR EXTENSION OF TIME TO COMPLETE EARLY NEUTRAL EVALUATION<br><br>AND ORDER THEREON |

Plaintiff, by and through counsel, Herbert L. Terreri, and Defendants, collectively represented by counsel, Edward W. Polson, Requests an extension of time within which to complete the Early Neutral Evaluation through November 30, 2008. The parties and evaluator have tentatively scheduled the Early Neutral Evaluation for November 18, 2008, pending approval of the Court.

Plaintiff was hospitalized and was unable to participate in his case. He is now recovering and able to participate.

//
//
//

Dated:                          THE LAW OFFICES OF HERBERT L. TERRERI

By: _____
     Herbert L. Terreri, Attorney for Plaintiff,
     JEROME J. FIFE

Dated: 9/18/08            LAW OFFICE OF EDWARD W. POLSON

By: _/s/ Edward W. Polson_____
     Edward W. Polson, Attorney for Defendants
     SLUDGEHAMMER GROUP, LTD. & DANIEL
     WICKHAM AND DEE WICKHAM

GOOD CAUSE APPEARING THEREFORE, the Plaintiff and Defendants are ordered to complete the early neutral evaluation before November 30, 2008.

_____
Maxine M. Chesney,
Judge of the United States District Court

| | |
|---|---|
| 1  Dated: | THE LAW OFFICES OF HERBERT L. TERRERI |
| 2 | |
| 3 | |
| 4 | By: _____<br>Herbert L. Terreri, Attorney for Plaintiff,<br>JEROME J. FIFE |
| 5 | |
| 6  Dated: | LAW OFFICE OF EDWARD W. POLSON |
| 7 | |
| 8 | |
| 9 | By: _____<br>Edward W. Polson, Attorney for Defendants<br>SLUDGEHAMMER GROUP, LTD. & DANIEL<br>WICKHAM AND DEE WICKHAM |

GOOD CAUSE APPEARING THEREFORE, the Plaintiff and Defendants are ordered to complete the early neutral evaluation before November 30, 2008.

Dated: September 19, 2008

_____
Maxine M. Chesney,
Judge of the United States District Court